JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084
   Fax: (408)-535-5066
   E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00095-JW |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | RESCHEDULING STATUS HEARING |
| ) | AND EXCLUDING TIME |
| JEROME HAIXUAN TRAN, ) | |
| ) Defendant. ) | |

    IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case, currently scheduled for Tuesday, September 15, 2009 at 8:30 a.m. be vacated and rescheduled for Monday, September 28, 2009 at 1:30 p.m.  The parties further stipulate that the court may exclude the period of time from September 15, 2009 through and including September 28, 2009 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

//

//

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 09-00095-JW**

It is so stipulated.

Dated: _9-10-09_____                            _____/s/_____
                                                    JOHN N. GLANG
                                                    Assistant United States Attorney

Dated: ___9-10-09_____                           _____/s/_____
                                                    SAM J. POLVERINO
                                                    Attorney for Jerome Haixuan Truan

## **ORDER**

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for Tuesday, September 15, 2009 at 8:30 a.m., be vacated and rescheduled for Monday, September 28, 2009 at 1:30 p.m.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from September 15, 2009 through and including September 28, 2009 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of the parties to determine the safety-valve eligibility of the defendant, the need to provide counsel for the defendant time to review the proposed plea agreement tendered by the government, and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

It is so ordered:

Dated: __September 11, 2009__                       _____/s/ James Ware_____
                                                    JAMES WARE
                                                    United States District Judge