1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5084
7     Fax: (408)-535-5066
      E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

**IT IS SO ORDERED**

*Judge James Ware*

11/20/2009

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 09-00095-JW
                                     )
15                  Plaintiff,       )
                                     )
16          v.                       )   STIPULATION AND ORDER
                                     )   RESCHEDULING STATUS HEARING
17  JEROME HAIXUAN TRAN,             )   AND EXCLUDING TIME
                                     )
18                  Defendant.       )
                                     )
19  _____      )

20

21         IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case,

22  currently scheduled for Monday, November 23, 2009 at 1:30 p.m., be vacated and rescheduled

23  for Monday, December 14, 2009 at 1:30 p.m.  The parties further stipulate that the court may

24  exclude the period of time from November 23, 2009 through and including December 14, 2009

25  from the computation of the period of time within which the trial must commence for the reasons

26  ///

27  ///

28  ///

STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME
CR 09-00095-JW

1   set forth in the proposed order below.

2

3   It is so stipulated.

4

5   Dated: __11/18/09_____                        ____/s/_____
                                                   JOHN N. GLANG
6                                                  Assistant United States Attorney

7
    Dated: __11/18/09_____                     _____/s/_____
8                                                  SAM J. POLVERINO
                                                   Attorney for Jerome Haixuan Tran
9

10                              **<u>ORDER</u>**

11       Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this

12   case, previously scheduled for Monday, November 23, 2009 at 1:30 p.m., be vacated and

13   rescheduled for Monday, December 14, 2009 at 1:30 p.m.

14       Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of

15   time from November 23, 2009 through and including December 14, 2009 from the computation

16   of the period of time within which the trial must commence.  The court FINDS that the ends of

17   justice served by the delay outweigh the best interest of the public and the defendant in a speedy

18   trial.  The court bases this finding on the need of the parties to negotiate and finalize a

19   disposition of the case; the unavailability of counsel for the government on the afternoon of

20   November 23, 2009 due to a personal family matter which has arisen; and to afford counsel the

21   reasonable time necessary for effective preparation, all within the meaning of 18 U.S.C. §

22   3161(h)(7)(B)(iv).

23

24   It is so ordered:

25   Dated: ___November 20, 2009___               _____
                                                   JAMES WARE
26                                                 United States District Judge

27

28